CHARLES E. DENNEY and JOHN A. HADDEN, Trustees of the Erie Railroad Company, Debtor, Appellants, v. MARY C. MALONE, as Administratrix, etc., of P. W. GRAHAM, Deceased, Doing Business under the Name and Style of P. W. GRAHAM CONTRACTING CO., BUFFALO SEWER AUTHORITY and NEW AMSTERDAM CASUALTY COMPANY, Respondents.— Judgment in favor of Buffalo Sewer Authority affirmed, with costs. Judgment in favor of Mary C. Malone, as administratrix, etc., and New Amsterdam Casualty Company, reversed on the law and motion as to said defendants denied, with ten dollars costs, on the ground that it may be found that plaintiff is a third party beneficiary under the contract. All concur. (The judgments dismiss plaintiff's complaint in an action by a third party under a construction contract.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

BETTY BERG, Respondent, v. EDWARD J. BERG, Appellant.— Judgment affirmed, without costs. All concur, except Taylor, J., who dissents and votes for reversal and dismissal of the complaint, and Dowling, J., not voting. (The judgment awards plaintiff a separation and alimony in a separation action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

MARY MALE, Respondent, v. NATIONAL PURE WATER COMPANY OF BUFFALO, INC., Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment directs foreclosure and sale of mortgaged chattels to satisfy plaintiff's lien in an action to foreclose a chattel mortgage. The order appoints a referee to sell the mortgaged chattels.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [176 Misc. 743.]